IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:22-CR-369-X |
| RAHEEL BHAI (2) | |

## NOTICE OF APPEARANCE
## FOR THE UNITED STATES OF AMERICA

Please take notice that the undersigned Assistant United States Attorney has been designated as counsel for restitution matters, in addition to, not replacement of, the lead Assistant United States Attorney prosecuting this cause.

    Respectfully submitted,

    LEIGHA SIMONTON
    UNITED STATES ATTORNEY

    */s/Beverly K. Chapman*
    BEVERLY K. CHAPMAN
    Assistant United States Attorney
    Illinois Bar No. 6317514
    1100 Commerce Street, Third Floor
    Dallas, Texas 75242-1699
    Telephone: 214-659-8600
    Beverly.Chapman@usdoj.gov

## CERTIFICATE OF SERVICE

  On March 1, 2023, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner in accordance with Fed. R. Civ. P. 5, Fed. R. Crim. P. 49, and the Miscellaneous Order on Electronic Case Filing (ECF).

               */s/Beverly K. Chapman*
               BEVERLY K. CHAPMAN
               Assistant United States Attorney