UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA        §
                                §
                                §    3:22-CR-340-X
v.                              §
                                §
                                §
RAHEEL BHAI (2)                 §

ORDER SETTING OTHER TERMS OF SUPERVISED RELEASE

It is hereby ORDERED that the above-named defendant, while on supervised release, comply

with the Standard Conditions recommended by the United States Sentencing Commission at Section

5D1.3(c) of the Guidelines Manual, and comply with the below-listed other conditions of supervised

release, which are derived from Sections 5D1.3(a), (b), (d), and (e), in relevant part:

1.    The defendant must not commit another federal, state or local crime.

2.    The defendant must not unlawfully possess a controlled substance.

3.    The defendant must cooperate in the collection of DNA as directed by the probation officer.

4.    The defendant must refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

5.    The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse.

6.    The defendant shall not transfer, sell, give away, or otherwise convey any asset with a value of $500 or more without the approval of the probation officer.

7.    The defendant shall provide to the probation officer complete access to all business and personal financial information.

8.    The defendant shall not incur new credit charges or open additional lines of credit, either as a principal or cosigner or through any corporate entity, without approval of the probation officer.

9.    The defendant shall pay any remaining balance of restitution, as set out in the Judgment.

10.   The defendant shall participate in outpatient mental health treatment services as directed by the probation officer until successfully discharged. These services may include medications prescribed by a licensed physician. The defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $30 per month.

11.    You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664.


I acknowledge receipt of the forgoing terms of supervised release. I understand them and I waive the reading of them in open court. I agree to be bound by them and subject to revocation for violation of any of them.


April 23rd, 2025.

_____
Defendant's Signature

_____
Defense Counsel

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE